IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTINE CARNERO,**
        **Plaintiff,**

      vs.                                    CIV NO.   2:15-00820-SMV

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**
        **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 16) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 12), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until August 5, 2016, to file a response, and Plaintiff shall have until August 19, 2016, to file a reply.

                                              _____
                                              STEPHAN M. VIDMAR
                                              United States Magistrate Judge

SUBMITTED AND APPROVED BY:
_Electronically submitted 7/6/16_
DOUGLAS A. FLETCHER
Special Assistant United States Attorney

_Electronically approved 7/6/16_
JEFFREY DIAMOND
Attorney for Plaintiff